A12A1347. JOHNSON et al. v. OMONDI et al.
(754 SE2d 154)

RAY, Judge.

In *Johnson v. Omondi*, 294 Ga. 74 (751 SE2d 288) (2013), the Supreme Court reversed the judgment of this Court in *Johnson v. Omondi*, 318 Ga. App. 787 (736 SE2d 129) (2012). We therefore vacate our opinion and adopt the judgment of the Supreme Court as the opinion of this court.

*Judgment affirmed. Miller and Branch, JJ., concur.*

DECIDED JANUARY 16, 2014.

Thomas, Kennedy, Sampson & Patterson, Thomas G. Sampson, Edmond & Lindsay, Keith L. Lindsay, Summerville Moore, J. Darren Summerville, S. Leighton Moore, for appellants.

Huff, Powell & Bailey, Jeffrey D. Braintwain, Michael G. Frankson, for appellees.

Allen, McCain & O'Mahoney, Hunter S. Allen, Jr., Simuel F. Doster, Jr., amici curiae.